UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DAWN SHEPHERD and <br> BRIAN GARVER, Individually and as <br> Natural Parents and Guardians of Minor, <br> EG <br> <br>     Plaintiffs, <br> <br> v. <br> <br> LAKE COUNTY, INDIANA NECA <br> IBEW HEALTH and BENEFIT PLAN, <br> <br>     Defendants. | Case No. 2:15 CV 167 |

## AMENDED NOTICE OF REMOVAL

Defendant LAKE COUNTY, INDIANA NECA IBEW HEALTH and BENEFIT PLAN, hereby gives notice that the case of Dawn Shepherd, et al v. Lake County, Indiana NECA IBEW Health and Benefit Plan, Cause No. 64D01-1204-CT-4240, has been removed to the United States District Court for the Northern District of Indiana. Defendant Amends this Notice for the purpose of identifying that Colin Colvin, Individually and as Natural Parent and Guardian of Minor, AC, was dismissed from the above cause of action in the State Court on March 10, 2015 and therefore, should be removed from this matter. (A copy of the Order On Stipulation For Dismissal is attached hereto as "Exhibit A"). Counsel for Defendant was unaware of said dismissal at the time it filed its Notice of Removal on April 29, 2015. The remainder of this Amended Notice of Removal remains unchanged from the original filed on April 29, 2015.

## Grounds for Removal

This Court has original jurisdiction of this action under federal question jurisdiction pursuant to 28 U.S.C. §1331; 29, U.S.C. §1132 and 29 U.S.C. §1144. The action may be removed to this Court pursuant to those statutes for the following reasons:

1. On March 5, 2015, the Plaintiffs, Dawn Shepherd and Brian Garver, filed a Petition for Joinder of Parties and a Complaint for Declaratory Judgment in the Porter Superior Court under Cause No. 64D01-1204-CT-4240.

2. That on April 6, 2015, Attorney Harold G. Hagberg appeared for Defendant, Lake County, Indiana NECA IBEW Health and Benefit Plan.

3. That on April 8, 2015, said Defendant was granted an additional thirty (30) days, to and including April 30, 2015, to plead.

4. This Notice of Removal is filed within the time allowed under 28 U.S.C. §1446(b) as this Defendant has to and including April 30, 2015 within which to plead.

5. That on April 27, 2015, said Defendant filed a Motion to Dismiss under Indiana Trial Rules 12(B)(1), 12(B)(2) and 12(B)(6).

6. That the Plaintiffs' Complaint seeks to adjudicate lien rights under the Lake County, Indiana NECA IBEW Health and Benefit Plan, a self-funded by employer health and benefit plan as defined under ERISA Section 3(1); 29 U.S.C. §1002, Sec. 1; which said Plan is established by an employer organization and provides for its participants and their beneficiaries, self-funded medical, surgical and hospital care and benefits, et al.

7. That the Plaintiffs' Complaint asks for judgment regarding repayment of certain benefits paid to the Plaintiff under said Plan (subrogation), which suggests that the Plan is governed under the provisions of Indiana Code § 34-51-2-19, which countermands the Plan language.

8. That this matter involves a federal question under 29 U.S.C. §1101 et seq. and specifically pursuant to 29 U.S.C. §§1332, 1132 and 29 U.S.C. §1144 inasmuch as federal law preempts state law with reference to issues of reimbursement by employees to benefit plan's (subrogation) and as specifically applied in this case, where the Plaintiffs are attempting to apply

state law third-party subrogation statutes to ERISA health and benefit plan, which said state law benefits contradict federal law and the provisions of the Plan itself.

9. This state court action should be removed to Federal Court pursuant to 29 U.S.C. § 1101 et seq. and specifically pursuant to 29 U.S.C. §§1332, 1132 and 29 U.S.C. §1144.

10. That the Federal Court has complete jurisdiction over this matter under ERISA Section 502, 29 U.S.C §1132 and ERISA Section 514, 29 U.S.C. §1144.

## Compliance With Removal Procedure

11. As required by 28 U.S.C. §1446(d), Defendant filed a true and correct copy of this Notice of Removal with the Clerk of the Superior Court, in Valparaiso, Porter, County, Indiana where this action is currently pending. A copy of the Notice of Filing of Notice of Removal has been filed herewith. Defendant has also service this Notice of Removal upon all adverse parties on the date set forth in the certificate of service below. Defendant has satisfied all the removal prerequisites of 28 U.S.C. §1446.

Preservation of Defense

12. By filing this Notice of Removal, Defendant does not waive any defense which may be available to said Defendant.

WHEREFORE, Defendant, Lake County, Indiana NECA IBEW Health and Benefit Plan, prays this action be removed to the United States District Court for the Northern District of Indiana.

Respectfully submitted,
HAGBERG & ASSOCIATES
Attorneys for Defendant

/s/ Harold G. Hagberg
Harold G. Hagberg, #7361-45
11045 Broadway, Suite D
Crown Point, IN 46307
219-864-9055

## CERTIFICATE OF SERVICE

       I certify that on the May 28, 2015, I electronically filed the foregoing with the Clerk of the United States District Court, using the CM/ECF System, which electronically sent notification of such filing to the following CM/ECF participants:

Mark A. Thiros

                                                                 /s/ Harold G. Hagberg