| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE PORTER SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF PORTER ) | | FILED AT VALPARAISO, INDIANA |
| | | IN OPEN COURT |

STATE OF INDIANA         )
                         ) SS:
COUNTY OF PORTER         )

DAWN SHEPHERD and                            )
BRIAN GARVER, Individually and as            )
Natural Parents and Guardians of Minor,      )
E■■ G■■■■■■■■■■■                             )
                                             )
        Plaintiffs,                          )
                                             )
v.                                           )   Cause No. 64D01-1204-CT-4240
                                             )
COLIN COLVIN, Individually and as            )
Natural Parent and Guardian of Minor, AC     )
and LAKE COUNTY, INDIANA NECA                )
IBEW HEALTH and BENEFIT PLAN,                )
                                             )
        Defendants.                          )

IN THE PORTER SUPERIOR COURT

FILED AT VALPARAISO, INDIANA
IN OPEN COURT

APR 08 2015

_Roger V Bradford_
JUDGE PORTER SUPERIOR COURT

## ORDER

The Court, having reviewed Defendant, Lake County, Indiana NECA IBEW Health and Benefit Plan's Motion for Additional Time to Respond, now GRANTS same. Defendant is granted an additional thirty (30) days, to and including April 30, 2015, within which to answer Plaintiff's Complaint.

SO ORDERED this _____ day of _____, 2015.

_____
JUDGE, PORTER SUPERIOR COURT

**EXHIBIT B**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF PORTER | ) | SITTING AT VALPARAISO, INDIANA |

**FILED IN OPEN COURT**
**APR - 6 2015**
*[signature]*
CLERK PORTER CIRCUIT & SUPERIOR COURT

DAWN SHEPHERD and  )
BRIAN GARVER, Individually and as  )
Natural Parents and Guardians of Minor,  )
B___ G_____  )
                    )
      Plaintiffs,  )
                    )
v.                    )   Cause No. 64D01-1204-CT-4240
                    )
COLIN COLVIN, Individually and as  )
Natural Parent and Guardian of Minor, AC  )
and LAKE COUNTY, INDIANA NECA  )
IBEW HEALTH and BENEFIT PLAN,  )
                    )
      Defendants.  )

## MOTION FOR ADDITIONAL TIME TO RESPOND

COMES NOW Defendant, Lake County, Indiana NECA IBEW Health and Benefit Plan, by counsel, Harold G. Hagberg, and requests an additional thirty (30) days, to and including April 30, 2015, within which to answer Plaintiff's Complaint.

                                                Respectfully submitted,
                                                HAGBERG & ASSOCIATES, P.C.
                                                Attorneys for Defendant Lake Co., Indiana
                                                NECA IBEW Health and Benefit Plan

                                                *[signature]*
                                                Harold G. Hagberg, #7361-45
                                                11045 Broadway, Suite D
                                                Crown Point, IN  46307
                                                219-864-9055
                                                FAX: 219-864-9062

## CERTIFICATE OF SERVICE

I hereby certify that on ___March 31, 2015___, service of a true and complete copy of the above and forgoing pleading was made upon all counsel of record by:
      ✓ Depositing same in the U.S. Mail, in envelopes properly addressed and with sufficient first-class postage affixed and/or
      ___ Via facsimile as listed above; and/or
      ___ Via e-mail as listed.

                                                  HAGBERG & ASSOCIATES, P.C.

                                                  *Jennifer Wilcox [signature]*

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF PORTER | ) | SITTING AT VALPARAISO, INDIANA |

**FILED**
APR 07 2015

*[signature]*
JUDGE PORTER SUPERIOR COURT

TITLE OF CASE: DAWN SHEPHERD, et al vs. COLIN COLVIN, et al

CAUSE NO. 64D01-1204-CT-4240

## CHRONOLOGICAL CASE SUMMARY ENTRY

The activity of the Court should be summarized as follows in the Chronological Case Summary (CCS):
**Defendant Lake County, Indiana NECA IBEW Health and Benefit Plan, by counsel, files Appearance, Motion for Additional Time to Respond and proposed Order.**

_____
Harold G. Hagberg, #7361-45
Counsel for Defendant Lake Co. NECA
11045 Broadway, Suite D
Crown Point, IN 46307
(219) 864-9055

OPPOSING COUNSEL:
Mark A. Thiros
200 E. 90th Drive
Merrillville, IN 46410
(219) 769-1600

---

### TO BE DESIGNATED BY THE COURT

This CCS Entry Form shall be:
( ) Placed in case file
( ) Discarded after entry on the CCS
( ) Mailed to all counsel by: _____ Counsel _____ Clerk _____ Court
( ) There is no attachment; or
       The attached Order shall be placed in the RJO: ___ Yes ___ No

Date: _____   Approved: _____
                                        JUDGE

---

### CERTIFICATE OF SERVICE

I hereby certify that on **March 31, 2015**, service of a true and complete copy of the above and forgoing pleading was made upon all counsel of record by:
   ✓ Depositing same in the U.S. Mail, in envelopes properly addressed and with sufficient first-class postage affixed and/or
   ___ Via facsimile as listed above; and/or
   ___ Via e-mail as listed.

HAGBERG & ASSOCIATES, P.C.

*Jennifer Wilcox*